No. 89–1550. PENDERGRASS v. TENNESSEE. Ct. Crim. App. Tenn. Certiorari denied.

No. 89–1563. WILLIAMS ET AL. v. STONE. C. A. 2d Cir. Certiorari denied.

No. 89–1572. DENNISON ET AL. v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 89–1630. SOLARO v. CASALINOVA. Ct. App. Ohio, Summit County. Certiorari denied.

No. 89–1652. NORTH VALLEY BAPTIST CHURCH v. MCMAHON, DIRECTOR, CALIFORNIA STATE DEPARTMENT OF SOCIAL SERVICES. C. A. 9th Cir. Certiorari denied.

No. 89–1655. PHILLIPS v. OHIO. Ct. App. Ohio, Summit County. Certiorari denied.

No. 89–1657. TILLIMON v. OHIO. Ct. App. Ohio, Lucas County. Certiorari denied.

No. 89–1658. DOMBROSKI v. PEABODY ET AL. C. A. 9th Cir. Certiorari denied.

No. 89–1670. SOTO v. NEW JERSEY ET AL. Super. Ct. N. J., App. Div. Certiorari denied.

No. 89–1676. VON SCHNEIDAU v. LONG ET AL. Ct. App. La., 1st Cir. Certiorari denied.

No. 89–1678. TULLER-PARK AVENUE, LTD. v. CITY OF DETROIT. Cir. Ct. Mich., Wayne County. Certiorari denied.

No. 89–1680. TRUSTEES OF BOSTON UNIVERSITY v. BROWN. C. A. 1st Cir. Certiorari denied.

No. 89–1682. STALHEIM v. ALBERT LEA MEDICAL SURGICAL CENTER, LTD., ET AL. C. A. 8th Cir. Certiorari denied.

No. 89–1684. KRUSO ET AL. v. ITT CORP. ET AL. C. A. 9th Cir. Certiorari denied.